| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

EFRAIN GONZALEZ, #23182-078 §
§
*versus* § CIVIL ACTION NO. 4:19-CV-131
§ CRIMINAL ACTION NO. 4:18-CR-88(6)
UNITED STATES OF AMERICA §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation (#9) concluding that the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed pursuant to 28 U.S.C. § 2255 should be dismissed without prejudice. No objections were timely filed.

The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 8th day of March, 2022.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE